BOWMAN *vs.* LAMBERT.

APPEAL FROM THE CITY COURT OF NEW-ORLEANS.

Delay case, and judgment affirmed, with the maximum of damages.

This is a suit against the maker of a note, who made no defence. The plaintiff proved the signature, and had judgment. The defendant appealed.

*Johnson,* for appellee.

*Divignaud,* contra.

*Bullard, J.,* delivered the opinion of the court.

The defendant having appealed from a judgment against him, on his promissory note, rendered upon sufficient evidence, prosecutes the appeal evidently for delay.

The judgment is, therefore, affirmed, with costs, and ten per cent. damages.